ACCEPTED
03-14-00516-CR
3703065
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/8/2015 4:05:56 PM
JEFFREY D. KYLE
CLERK

THIRD COURT OF APPEALS CAUSE NUMBER 03-14-00516-CR
TRIAL COURT CAUSE NO. D-14-0081-SA

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE |
| | § | |
| vs. | § | 391ˢᵗ JUDICIAL DISTRICT |
| | § | |
| MARK ANTHONY SERRANO | § | TOM GREEN COUNTY, TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/8/2015 4:05:56 PM
JEFFREY D. KYLE
Clerk

## MOTION FOR EXTENSION

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes Mark Anthony Serrano, Appellant, and files this Motion for Extension for submission of the appellant's brief for the following reasons:

1. Progress has been made in on Appellant's brief but because of other legal obligations of appellant's counsel the appellant's brief will not be finished by January 15ᵗʰ, 2015.

2. Appellant's appeal brief was due on November 20ᵗʰ, 2014 and this is the second request for extension by Appellant.

3. Appellant's counsel requests an extension of time to prepare the appellant's brief for this appeal until February 19ᵗʰ, 2015.

**WHEREFORE, PREMISES CONSIDERED,** Appellant prays that the Court enter its order extending the deadline for submission of appellant's brief in this appeal.

Respectfully submitted,

RANDOL L STOUT

By:_____
Randol L. Stout
State Bar No. 24083914
Attorney for Mark A. Serrano

### Certificate of Service

I certify that the foregoing has been delivered to the Tom Green County, Texas District Attorney's office by personal delivery on January 8, 2015.

_____
RANDOL L. STOUT
Attorney for Defendant